42,794-05

TEXAS COURT OF CRIMINAL APPEALS

CLERK, ABEL ACOSTA

P.O. BOX 12308

AUSTIN, TEXAS    78711-2308

DATE: MARCH 16, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 1 7 2015

Abel Acosta, Clerk

EX PARTE GILMORE FRANKLIN COX

PER: WRIT NO. WR 42,794-05          TRIAL COURT NO. CR-29938-A

Dear Clerk,

Please find enclosed my affidavit. Please file accordingly in applicants writ file and submit to the Court as soon as possible.

Know that your time and professional courtesies are greatly appreciated.

Respectfully,

*Gilmore Franklin Cox*

Gilmore Franklin Cox   #856901

Coffield Unit

2661 F.M. 2054

Tennessee Colony, Texas   75884

IN THE COURT OF CRIMINAL APPEALS OF TEXAS

EX PARTE § WRIT NO. WR-42,794-05

GILMORE FRANKLIN COX § CAUSE NO. CR-29938

§

## AFFIDAVIT OF GILMORE FRANKLIN COX

My name is Gilmore Franklin Cox. I am over the age of 18 and of sound mind and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

The guilty plea along with the no-contest plea was a "package deal". I was told by my attorney if I would agree to waive my right to a jury trial and plea guilty to count 1, and no-contest to count 2 (I told my attorney I would not plea guilty to count 2 for any reason. He told me no-contest wasn't a guilty plea.) my sentence would be capped at 20 years, meaning it would be a 2-20 year sentence, but they were going to give me probation and drug court. I agreed and signed the hand written jury waiver. On the day we went to do the plea, Mr Charanza, my attorney couldn't look me in the eye so I started questioning what was going to happen and thats when I found out what he had told me wasn't going to happen. I then refused to plea.

You can see from the language in the hand written jury waiver signed by the Judge, the D.A.,and my attorney it was a "package deal". If I would have told them I planned to plea not guilty for count 1 and I wanted a jury trial for count 1, but I would plea no-contest to count 2 and I would waive my right to a jury trial for count 2 only, they would have told me no deal.

On the day we went to the hearing for the motion to retract the jury waiver the Judge told my attorney and the States attorney to go off and talk and come up with somthimg I could live with so we could get this over with. I had already told my attorney I wouldn't plea for any time, only probation, because my dad was dieing at this time. He understood this. They went off in the hall and talked for a few minutes off the record. When my attorney came back he told me if I would give a guilty plea for count 1 and a no-contest plea for count 2, they would cap it at 35 years but give me probation and drug court. That is a "Package Deal". I'm giving a guilty plea and a no-contest plea for probation. I was not giving a no-contest plea for one charge and just throwing myself on the mercy of the court for the other charge. I wouldn't do that, ever!!!

Even though I was told I would receive probation for this guilty and no-contest plea by my attorney, it never happened. He had told me to write a letter to the Judge. On the day of sentencing, I was sentenced to 20 and 35 years instead of probation and drug court. This is the reason I filed a notice of appeal that same day.

There were alot of facts brought out in the hearing I believe helps show it was a "Package Deal". A transcription of the hearing wasn't forwarded with the Finding of Fact.

I disagree with the trial court's Finding of Facts. It's my opinion it's obvious it was a "Package Deal". It's also my opinion when half of the package of this "Package Deal" was found invalid, the other half of the package should be found ineffictive also, after all they did use the threat of a life sentence as the stick and the promise of a 35 year cap and probation as the carrot to obtain a no-contest plea and a guilty plea. Therefor count 1 should be set aside right along with count 2 under the rules of "Fair Play". At the very minimum I should get a jury trial for count 1. Thank you for your time.

## INMATE'S DECLARATION

I Gilmore Franklin Cox, being presently incarcerated in T.D.C.J. Coffield Unit, declare under penalty of perjury that, acording to my belief, the facts stated in the above affidavit are true and correct.

Signed on March 10, 2015

Gilmore Franklin Cox   #856901

Coffield Unit

2661 F.M. 2054

Tennessee Colony, Texas   75884

## CERTIFICATE OF SERVICE

This is to certify that on Maech _16_, 2015, a true and correct copy of the above and foregoing document was put in the mail, to the Clerk of the Court of Criminal Appeals at P.O. Box 12308 Austin, Texas 78711-2308, and to the Clerk of Angelina County, Texas at 215 East Lufkin Avenue, Lufkin, Texas 75901.

Gilmore Franklin Cox   #856901